IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00807-PAB

CARMEN CEBULSKI,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, counsel for defendant Metropolitan Life Insurance Company. For this reason, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

    DATED April 14, 2010.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge